5-638552

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
MAERSK LINE,

                Plaintiff,

- against -

IMPEX INTERNATIONAL,

                Defendant.
------------------------------------------------X

RECEIVED OCT 25 2007 JUDGMENT CLERK'S OFFICE

07 CIV. 6540 (NRB)

MOTION FOR ENTRY
OF JUDGMENT BY
DEFAULT

PLEASE TAKE NOTICE that upon the affidavits of Albert J. Avallone, Esq., with Exhibits annexed thereto, and upon all prior papers and proceedings herein, plaintiff MAERSK LINE will move this Honorable Court at the United States District Court for the Southern District of New York, 500 Pearl St., New York, NY, before the Hon. Naomi Reice Buchwald, D.J., at a Courtroom and time to be set by the Court, for the entry of judgment by default in favor of plaintiff and against defendant IMPEX INTERNATIONAL due to defendant's failure to respond to the Complaint, pursuant to Fed.R.Civ.P. 12.

Dated: New York, New York
       October 24, 2007

LAW OFFICES OF
ALBERT J. AVALLONE & ASSOCIATES

By_____
Albert J. Avallone - AA1679
Attorneys for Plaintiff
MAERSK LINE
551 Fifth Avenue, Suite 1625
New York, NY 10176
(212) 696-1760