UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

MAERSK LINE

                                    Plaintiff,                          07 CV 6540 (NRB)

            - against -

                                                                        AFFIDAVIT

IMPEX INTERNATIONAL,

                                    Defendant.

-----------------------------------------------------------------X

STATE OF NORTH CAROLINA        )
                               ) ss.:
COUNTY OF MECKLENBURG          )


        DAVE JOHNSON, being duly sworn, deposes and says:

        1.  I am the Litigation Analyst in the offices of Credit and Collection for
MAERSK LINE ("ML"), the plaintiff in the referenced matter. As such, I am
personally familiar with the facts and circumstances herein, and I make this affidavit in
support of plaintiff's Motion for Final Judgment by Default against defendant IMPEX
INTERNATIONAL.

        2.  ML's records show that defendant IMPEX INTERNATIONAL
was the shipper of goods carried on plaintiff's Vessels, and is the party responsible
to remit the ocean freight and related charges due as set forth in the Complaint. Such
charges are true and accurate pursuant to ML's tariff, are the responsibility of
defendant IMPEX INTERNATIONAL, and remain unpaid. Since the inception of
the action, defendant has remitted $5,110.00, leaving a balance due of $2,350.00
on B/L MAEU522999757.

WHEREFORE, plaintiff prays for the entry of judgment by default against defendant IMPEX INTERNATIONAL.

Dated:  Charlotte, North Carolina
        September 7, 2007

_____
DAVE JOHNSON


Sworn to before me this
___10___ day of September, 2007


_____
Notary Public


My Commission Expires November 19, 2008

5-638552
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MAERSK LINE,                                    07 CIV. 6540 (NRB)

                              Plaintiff,        AFFIDAVIT FOR
            - against -                         JUDGMENT BY
                                                DEFAULT
IMPEX INTERNATIONAL,

                              Defendant.
-------------------------------------------------------------X

STATE OF NEW YORK          )
                           ) SS.:
COUNTY OF NEW YORK         )

        ALBERT J. AVALLONE, being duly sworn, deposes and says:

        1. I am a member of the Bar of this Court and am a member of the

firm of the Law Offices of Albert J. Avallone & Associates, attorneys for the plaintiff

in the above entitled action, and I am familiar with all the facts and circumstances in this

action.

        2. I make this affidavit in support of plaintiff's application for the entry

of a default judgment against defendant IMPEX INTERNATIONAL.

        3. This is an action to recover unpaid ocean freight owed by

defendant to plaintiff for the transportation of certain goods of the defendant by the

plaintiff.

        4. Jurisdiction of the subject matter of this action is based on maritime

jurisdiction.

        5. This action was commenced by the filing of a Summons and

Complaint. A copy of the Summons and Complaint was served on defendant

IMPEX INTERNATIONAL on August 13, 2007 by personal service on Robert

Keith, agent for service, and a proof of service was filed. The defendant has not

answered the Complaint and the time for the defendant to answer the Complaint

has expired.

6. This action seeks judgment for the liquidated amount of $7,460.00, $5,110.00 of which has been paid since the inception of the lawsuit, leaving a balance due of $2,350.00, plus interest at 6% from May 18, 2007, as shown by the annexed Statement, which is justly due and owing, and no part of which has been paid except as therein set forth.

7. The disbursements sought to be taxed have been made in this action or will necessarily be made or incurred herein.

WHEREFORE, plaintiff requests the entry of Default and the entry of the annexed Judgment against defendant.

Dated:  New York, New York
        October 24, 2007

_____
ALBERT J. AVALLONE

Sworn to before me this
24th day of October, 2007

_____
Notary Public

DOROTHY C. MERITE
Notary Public, State of New York
No. 31-4061997
Qualified in New York County
My Commission Expires __/__/10

5-638552
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
MAERSK LINE,

                                    Plaintiff,                           07 CIV. 6540 (NRB)

            - against -

IMPEX INTERNATIONAL,

                                    Defendant.
-------------------------------------------------------X

STATE OF NEW YORK          )
                           )  SS.:
COUNTY OF NEW YORK         )

            ALBERT J. AVALLONE, being duly sworn, deposes and says:

            I am a member of the Bar of the Court and am a member of the firm

of the Law Offices of Albert J. Avallone & Associates, attorneys for the plaintiff. As

such, I am familiar with the facts and circumstances in the above entitled action.

            Jurisdiction of plaintiff's claim is based upon maritime jurisdiction.

            In my opinion, this Court has jurisdiction over the person and subject

matter of this action.

Dated:  New York, New York
        October 24, 2007

                                                            _____
                                                                    ALBERT J. AVALLONE

Sworn to before me this
24th day of October, 2007

_____
Notary Public

            DOROTHY C. MERITE
        Notary Public, State of New York
                No. 31-4901987
            Qualified in New York County
        My Commission Expires