5-638552

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
MAERSK LINE,

                     Plaintiff,

- against -

IMPEX INTERNATIONAL,

                     Defendant.
----------------------------------------------------------X

07 CIV. 6540 (NRB)

**STATEMENT**

Principal Amount Sued For:

1. On the First Cause of Action ............................................. $0.00

2. On the Second Cause of Action ....................... $2,350.00
   Interest at 6% from May 18, 2007
   through October 24, 2007 ................................. $61.42

Disbursements:

Clerk's Fee.................. $350.00
Process Server........... $290.00

Total (as of October 24, 2007)............................................ $3,051.42

Dated: New York, New York
         October 24, 2007

                                  LAW OFFICES OF
                                  ALBERT J. AVALLONE & ASSOCIATES

                                  By_____[signature]_____
                                  Albert J. Avallone - AA1679
                                  Attorneys for Plaintiff
                                  MAERSK LINE
                                  551 Fifth Avenue, Suite 1625
                                  New York, NY 10176
                                  (212) 696-1760