UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
MAERSK LINE,

                  Plaintiff,

   - against -

IMPEX INTERNATIONAL,

                  Defendant.
-------------------------------------------------------X

07 CIV. 6540 (NRB)

**CLERK CERTIFICATE**

    I, J. MICHAEL McMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that the docket entries in the above entitled action indicate that the Summons and Complaint herein were filed on July 20, 2007, and that defendant IMPEX INTERNATIONAL was served with copies of the Summons and Complaint on August 13, 2007 by personal service on Robert Keith, agent for service. I further certify that the docket entries indicate that the defendant has not filed an answer to the Complaint herein, and that the time to answer the Complaint has expired. The default of the defendant is hereby noted.

Dated: New York, New York
         October _____, 2007

                              _____
                              Clerk