5-638552

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
MAERSK LINE,

        Plaintiff,

   - against -

IMPEX INTERNATIONAL,

        Defendant.
----------------------------------------X

07 CIV. 6540 (NRB)

DEFAULT JUDGMENT

    This action having been commenced by the filing of a Summons and Complaint, and a copy of the Summons and Complaint having been served on defendant IMPEX INTERNATIONAL on August 13, 2007 by personal service on Robert Keith, agent for service, and proof of service having been filed, and the defendant not having answered the Complaint, and the time for answering the Complaint having expired,

    Now on motion of the Law Offices of Albert J. Avallone & Associates, attorneys for the plaintiff, It Is

    ORDERED, ADJUDGED AND DECREED that the plaintiff MAERSK SEALAND have judgment against defendant IMPEX INTERNATIONAL in the liquidated amount of $2,350.00, with Interest at 6% from May 18, 2007 amounting to $61.42, plus the costs and disbursements of this action in the amount of $640.00, amounting in all to $3,051.42.

Dated: New York, New York
       October          , 2007

                                    _____
                                        U.S.D.J.