CITY OF NEW YORK          )
STATE OF NEW YORK    ) SS:
COUNTY OF NEW YORK )

Albert J. Avallone, being duly sworn, deposes and says that he is a member of the Law Offices of Albert J. Avallone & Associates, attorneys for plaintiff herein.

That on the 24th day of October, 2007, he served the within Motion for Entry of Judgment by Default

upon the following:

> Impex International
> c/o Dienaba Keith, R.A.
> 14201 Woolen Oak Court, Suite 10
> Silver Spring, MD 20906

by depositing (a) true copy(ies) of the same securely enclosed in (a) postpaid wrapper(s) in a Post Office Box regularly maintained by the United States Government at 551 Fifth Avenue, New York, NY 10176, directed to the above mentioned individual(s) at his (their) respective address(es) above, that (these) being the address(es) within the State designated by him (them) for that purpose upon the preceeding papers in this action or the place where he (they) then kept an office, between such places, there then was and now is a regular communication by mail.

Deponent is over the age of 18 years.

_____

Sworn to before me this
24th day of October, 2007

_____

DOROTHY O. MERITE
Notary Public, State of New York
No. 31-4961897
Qualified in New York County
My Commission Expires 2/12/10