UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
MAERSK LINE,

           Plaintiff,     07 Civ. 6540 (NRB)

- against -

                                 NOTICE AND ORDER
IMPEX INTERNATIONAL,             WITHDRAWING MOTION
                                 FOR JUDGMENT BY
                                 DEFAULT, AND OF
           Defendant.    DISMISSAL
------------------------------------X

PLEASE TAKE NOTICE that the Motion for Entry of Judgment by Default be and hereby is withdrawn, and further

PLEASE TAKE NOTICE that the above captioned matter be and hereby is dismissed, with prejudice and without costs.

Dated: New York, New York
       November 1, 2007

                    LAW OFFICES OF
                    ALBERT J. AVALLONE & ASSOCIATES

                    By _____
                    Albert J. Avallone - AA1679
                    Attorneys for Plaintiff
                    MAERSK LINE
                    551 Fifth Avenue, Suite 1625
                    New York, NY 10176
                    (212) 696-1760

SO ORDERED:

_____
    U.S.D.J.
         11/5/07

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/5/07